**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK**
_____

**MIGUEL SEQUINOT,**

          **Plaintiff,**

     **v.**                                              6:10-CV-1387

**CITY OF UTICA POLICE DEPARTMENT,**

          **Defendant.**
_____

**APPEARANCES:**

MIGUEL SEQUINOT
Plaintiff, *pro se*

**NORMAN A. MORDUE, CHIEF U. S. DISTRICT JUDGE**

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge George H. Lowe, duly filed on the 7th day of December 2010. Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

     ORDERED that:

     1. The Report-Recommendation is hereby adopted in its entirety.

     2. The Plaintiff may file an amended complaint within thirty (30) days of the date of this order adopting the Report and Recommendation or on or before January 30, 2011. If Plaintiff fails to timely file an amended complaint, the Clerk shall enter judgment dismissing this case

without prejudice without further Order of the Court due to Plaintiff's failure to comply with the terms of this Order adopting the Report and Recommendation.

    3. Upon the filing of an amended complaint, the file will be returned to the Court for further review.

    4. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case. Plaintiff shall be served by certified mail, return receipt requested.

**IT IS SO ORDERED.**

Dated: December 30, 2010
       Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge